# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN PUCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES and VIPIN SHAH,<br><br>    Defendants. | Case No. 3:18-cv-01071-JPG-GCS |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on a Report and Recommendations ("Report") from Magistrate Judge Gilbert C. Sison. (ECF No. 28.) The Report recommends that the Court dismiss this case with prejudice under Federal Rule of Civil Procedure 41(b) for the plaintiff's failure to prosecute this case and comply with court orders. The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in his Report. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    Here, the plaintiff's response was due on April 15, 2019—but he never responded. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. The Court accordingly **ADOPTS** the Report in its entirety (ECF No. 28), **DISMISSES** this case **WITH PREJUDICE** for the plaintiff's failure to prosecute, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

1

**DATED:  APRIL 22, 2019**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**