# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN PUCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES and VIPIN SHAH,<br><br>    Defendants. | Case No. 3:18-cv-01071-JPG-GCS |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: April 22, 2019

                                                   **MARGARET M. ROBERTIE,**
                                                 **Clerk of Court**

                                                 **BY:**   **s/Tina Gray**
                                                              **Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**